# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON BELTRAN ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:23‒CV‒00279‒DC‒CSK** |
| **WASTE MANAGEMENT, INC , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/21/2025 .

ENTERED:   **May 21, 2025**        /s/  **Keith Holland**

Clerk of Court